# EXHIBIT A



Daniel L. McFadden
Managing Attorney
dmcfadden@aclum.org

November 25, 2025

**Via Federal Express**

Charles Wall, Esq.
Principal Legal Advisor
Office of the Principal Legal Advisor
500 12th St., SW
Washington, D.C. 20536

Chief Counsel
Office of the Principal Legal Advisor
Boston Field Office
15 New Sudbury Street, Room 425
Boston, MA 02203

Patricia Hyde
Acting Field Office Director
Boston Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
1000 District Avenue
Burlington, MA 01803

> Re:    Demand to Preserve All Documents and Information Relating to
> November 6, 2025 Vehicle Stop and Arrest of Carlos Sebastian Zapata
> Rivera and Juliana Milena Ojeda Montoya in Fitchburg, Massachusetts

To whom it may concern:

The American Civil Liberties Union of Foundation of Massachusetts ("ACLUM") represents Carlos Sebastian Zapata Rivera ("Mr. Zapata") and Juliana Milena Ojeda Montoya ("Ms. Ojeda").

On or about November 6, 2025, in Fitchburg, Massachusetts, agents of U.S. Immigration and Customs Enforcement ("ICE"), and other federal agents acting on ICE's behalf, stopped a vehicle in which Mr. Zapata and Ms. Ojeda were riding with their one-year-old child. The agents used force and ultimately took Mr. Zapata and Ms. Ojeda into custody. Mr. Zapata was released later that day, and Ms. Ojeda was

**ACLU Foundation of MA** · One Center Plaza, Suite 850 · Boston, MA 02108 ·
(617) 482-3170 · www.aclum.org

Page 2

transported to a detention facility in Maine.  These events are referred to herein as "the Incident".

We are in the course of investigating this matter.  On our clients' behalf, we demand that ICE, and any agents and agencies working for ICE and/or on ICE's behalf, preserve all information concerning the Incident.  Information that must be preserved includes, but is not necessarily limited to:

- Video recordings, including video recordings by body cameras and vehicle-mounted cameras;

- Photographs;

- Audio recordings, including dispatch and radio communication recordings;

- Reports, including incident reports, arrest reports, and reports concerning any use of force;

- Communications, including electronic mail (and all attachments), text messages, messages on encrypted messaging applications, notes, memoranda, letters, and all other communications and documents within the meaning of Rule 26.5 of the Local Rules for U.S. District Court for the District of Massachusetts;

- Records of any internal investigation, including all information collected, notes, statements, photographs, videos, audio recordings, reports, findings, and records of any discipline imposed.

- All policies, instructions, and orders concerning arrests and uses of force in effect in Massachusetts at the time of the Incident;

- All training materials, including manuals, instructions, and powerpoint slides, concerning arrests and uses of force provided to ICE personnel in Massachusetts from 2023 through the time of the Incident;

- All communications to personnel assigned to ICE Enforcement and Removal Operations ("ERO") Boston Field Office from 2023 to 2025 containing instructions, orders, or guidance concerning arrests and uses of force.

We demand that a litigation hold be placed over all such materials to protect against their loss, destruction, modification, or other spoliation.  Such materials must be retained and preserved, and not be modified or destroyed, regardless of any

Page 3

document retention schedule or routine deletion policies.  All policies for document destruction or deletion must be suspended as to such materials and information. This includes preserving all phones and other electronic devices that contain such information and disabling any automatic deletion settings for such devices, including disabling automatic deletion of messages in any encrypted messaging applications.

Thank you for your attention to this matter.

Sincerely,

*/s/ Daniel L. McFadden*

Daniel L. McFadden
Managing Attorney
ACLU Foundation of Massachusetts
dmcfadden@aclum.org

 Outlook

**Your shipment was delivered 886393162817**

**From** FedEx Tracking <TrackingUpdates@fedex.com>
**Date** Wed 11/26/2025 09:49
**To** Andre Arsenault <AArsenault@aclum.org>



# Your shipment was delivered.

### Delivery Date

## Wed, 11/26/2025
## 9:40am

### Delivered to

1000 DISTRICT AVE, Burlington, MA 01803

### Received by

BMOURAO

**Report missing package**

# How was your delivery?



## Tracking details

| | |
|---|---|
| **Tracking ID** | 886393162817 |
| **From** | ACLU of Massachusetts<br>211 Congress Street<br>Boston, MA, US<br>02110 |
| **To** | U.S. Immigration and Customs Enf.<br>1000 District Avenue<br>BURLINGTON, MA, US<br>01803 |
| **Ship date** | Tue 11/25/2025 12:00 AM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.20 LB |
| **Service** | FedEx Ground |

**TRACK SHIPMENT**



## FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:48 AM CST 11/26/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026

 Outlook

**Your shipment was delivered 886393093283**

**From** FedEx Tracking <TrackingUpdates@fedex.com>
**Date** Wed 11/26/2025 14:57
**To** Andre Arsenault <AArsenault@aclum.org>



# Your shipment was delivered.

**Delivery Date**

Wed, 11/26/2025
2:51pm

**Delivered to**

15 NEW SUDBURY ST, Boston, MA 02203

**Received by**

PERIC

**Report missing package**

# How was your delivery?



Tracking details

| | |
|---|---|
| **Tracking ID** | 886393093283 |
| **From** | ACLU of Massachusetts<br>211 Congress Street<br>Boston, MA, US<br>02110 |
| **To** | Office of Principal Legal Advisor<br>15 New Sudbury St.<br>Room 425<br>BOSTON, MA, US<br>02203 |
| **Ship date** | Tue 11/25/2025 12:00 AM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.20 LB |
| **Service** | FedEx Ground |

**TRACK SHIPMENT**



## FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:57 PM CST 11/26/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026

 Outlook

**Your shipment was delivered 886393033965**

**From** FedEx Tracking <TrackingUpdates@fedex.com>
**Date** Fri 11/28/2025 13:30
**To**  Andre Arsenault <AArsenault@aclum.org>



# Your shipment was delivered.

**Delivery Date**

Fri, 11/28/2025
11:18am

**Delivered to**

2703 MARTIN L KING JR AVE SE, Washington, DC 20593

**Received by**

JREYES

**Report missing package**

# How was your delivery?



Tracking details

| Tracking ID | 886393033965 |
|---|---|
| From | ACLU of Massachusetts<br>211 Congress Street<br>Boston, MA, US<br>02110 |
| To | Office of Principal Legal Advisor<br>500 12th St., SW<br>WASHINGTON, DC, US<br>20536 |
| Ship date | Tue 11/25/2025 12:00 AM |
| Number of pieces | 1 |
| Total shipment weight | 0.20 LB |
| Service | FedEx Ground |

**TRACK SHIPMENT**



## FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:03 AM CST 11/28/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026



Daniel L. McFadden
Managing Attorney
dmcfadden@aclum.org

Massachusetts

December 1, 2025

**Via Federal Express**

Acting U.S. Marshal
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 1500
Boston, MA 02210-3026

> Re:    Request to Preserve All Documents and Information Relating to November 6, 2025 Vehicle Stop and Arrest of Carlos Sebastian Zapata Rivera and Juliana Milena Ojeda Montoya in Fitchburg, Massachusetts

To whom it may concern:

The American Civil Liberties Union of Foundation of Massachusetts ("ACLUM") represents Carlos Sebastian Zapata Rivera ("Mr. Zapata") and Juliana Milena Ojeda Montoya ("Ms. Ojeda").

On or about November 6, 2025, in Fitchburg, Massachusetts, agents of U.S. Immigration and Customs Enforcement ("ICE") stopped a vehicle in which Mr. Zapata and Ms. Ojeda were riding with their one-year-old child. Personnel from the U.S. Marshals Service were also present at the scene, and at least one person wearing a tactical vest marked "U.S. Marshal" was equipped with a body camera. The ICE agents used force and ultimately took Mr. Zapata and Ms. Ojeda into custody. Mr. Zapata was released later that day, and Ms. Ojeda was transported to a detention facility in Maine. These events are referred to herein as "the Incident".

We are in the course of investigating this matter. On our clients' behalf, we request that the U.S. Marshals Service take immediate steps to preserve all information concerning the Incident. Information that should be preserved includes, but is not necessarily limited to:

- Video recordings, including video recordings by body cameras and vehicle-mounted cameras;

- Photographs;

Page 2

- Audio recordings, including dispatch and radio communication recordings;

- Reports, including incident reports, arrest reports, and reports concerning any use of force; and

- Communications, including electronic mail (and all attachments), text messages, messages on encrypted messaging applications, notes, memoranda, letters, and all other communications and documents within the meaning of Rule 26.5 of the Local Rules for U.S. District Court for the District of Massachusetts.

We request that a litigation hold be placed over all such materials to protect against their loss, destruction, modification, or other spoliation. Such materials should be retained and preserved, and not be modified or destroyed, regardless of any document retention schedule or routine deletion policies. All policies for document destruction or deletion should be suspended as to such materials and information. This includes preserving all phones and other electronic devices that contain such information and disabling any automatic deletion settings for such devices.

Thank you for your attention to this matter.

Sincerely,

*/s/ Daniel L. McFadden*
Daniel L. McFadden
Managing Attorney
ACLU Foundation of Massachusetts
dmcfadden@aclum.org

 Outlook

**Your shipment was delivered 886578628133**

**From** FedEx Tracking <TrackingUpdates@fedex.com>
**Date** Tue 12/2/2025 12:30
**To** Andre Arsenault <AArsenault@aclum.org>



# Your shipment was delivered.

**Delivery Date**

Tue, 12/02/2025
12:22pm

**Delivered to**

1 COURTHOUSE WAY, Boston, MA 02210

**Received by**

JJOE

**Report missing package**

# How was your delivery?



Tracking details

| | |
|---|---|
| **Tracking ID** | **886578628133** |
| **From** | ACLU of Massachusetts<br>211 Congress Street<br>Boston, MA, US<br>02110 |
| **To** | John Joseph Moakley U.S. Courthouse<br>1 Courthouse way<br>Suite 1500<br>BOSTON, MA, US<br>02210 |
| **Ship date** | Mon 12/01/2025 12:00 AM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Ground |

**TRACK SHIPMENT**

## FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:29 AM CST 12/02/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026