**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA,<br>　　　　　　Petitioner,<br><br>　v.<br><br>DAVID WESLING, Acting Field Office Director,<br>　　　*et al.*,<br>　　　　　　Respondents. | C.A. No. 26-40061-MRG |

**SUPPLEMENTAL DECLARATION OF INGRID SYDENSTRICKER IN SUPPORT OF**
**PETITIONER'S PETITION FOR HABEAS CORPUS**

I, Ingrid Sydenstricker, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the American Civil Liberties Union Foundation of Massachusetts, Inc., and I am counsel for Petitioner Carlos Sebastian Zapata Rivera in the above-captioned matter. I am also Petitioner's counsel in his related civil action, *Zapata Rivera v. Unknown Federal Agent John Doe*, No. 25-13850-MRG (D. Mass.) ("*Zapata v. Doe*").  I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted before this Court. I am familiar with the facts and circumstances of this action.

2. I submit this declaration, along with the documents attached hereto, in support of the petition for habeas corpus.

3. On January 23, 2026, Carlos, through counsel, filed a motion in *Zapata v. Doe* to serve Rule 45 document subpoenas on the U.S. Department of Homeland Security, the U.S. Marshals Service, and an individual suspected of being Agent Doe. *See* Mot. for Leave to Conduct Early Discovery (D.E. 8), *Zapata v. Doe.* On January 30, 2026, this Court allowed the motion.

4.  On February 3, 2026, all three Court-authorized subpoenas were emailed to the U.S. Attorney's Office for the District of Massachusetts.

5.  On February 3, 2026, the Court-authorized Rule 45 subpoena to DHS was emailed to the DHS Office of General Counsel.  Ex. A. That subpoena was also mailed to the U.S. Department of Homeland Security (DHS) Office of General Counsel on February 2, 2026, and, according to the U.S. Postal Service, it was delivered to DHS on February 12, 2026.

6.  On February 6, 2026, the Court-authorized Rule 45 subpoena was successfully delivered in-hand to the individual suspected of being Agent Doe by the Civil Process Division of the Essex County Sheriff's Department. On February 4, 2026, the Essex County Sherrif's Department also mailed the subpoena to the individual suspected of being Agent Doe and left a copy of the subpoena at his last and usual place of abode. Ex. B.

7.  On February 3, 2026, the subpoena to the U.S. Marshals Service ("USMS") was emailed to the USMS. Ex. C. On February 4, 2026, the Court-authorized Rule 45 subpoena was also mailed to USMS Office of General Counsel, and, according to the U.S. Postal Service, it was delivered to USMS on February 17, 2026.  In-person service was also attempted on the USMS Office of General Counsel on February 4 and 11, 2026. Ex. D.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Ingrid Sydenstricker
Ingrid Sydenstricker (BBO #718298)

Date: March 12, 2026