**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et al.*,<br><br>Respondents. | No. 4:26-cv-40061-MRG |

## RESPONDENTS' MOTION TO EXTEND TIME TO SUBMIT DISCOVERY RESPONSES

Respondents respectfully request an extension of time, up to an including April 17, 2026, to submit responses to Petitioner' Interrogatory and Requests for Production.  In support of this Motion, Respondents submit the following:

1.      Respondents are in the process of securing the information and documents responsive to Petitioner's discovery requests.  However, due to the volume of petitions being handled by Immigration and Customs Enforcement ("ICE"), undersigned counsel has been informed that an extension of time is needed to gather the information.  ICE anticipates that an extension until April 17, 2026, will provide them with sufficient time to complete the responses.

2.      Respondents submit that this requested extension will not interfere with the scheduled evidentiary hearing on April 29, 2026.  Even with this extension, Petitioner will have twelve days to review the responses and prepare for the hearing.

3.      In the interim, Respondents report that the Parties have been working collaboratively to determine if a settlement might be reached in this matter.

WHEREFORE, for the reasons described above, Respondents request an extension of time, until Friday, April 17, 2026, to respond to Petitioner's propounded discovery in this matter.

Dated: April 13, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, hereby certify that I conferred with counsel for Petitioner prior to filing this Motion. Petitioner assents to an extension of time until Tuesday, April 14, 2026, for Respondents to serve their discovery responses, but opposes an extension until Friday, April 17, 2026.

Dated: April 13, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on April 13, 2026.

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney