**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| CARLOS ZAPATA-RIVERA, |
| Petitioner, |
| v. |
| DAVID WESLING et al.. |
| Respondent. |

Civil Action No. 4:26-cv-40061-MRG

**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR MARK ANZELMO**

Pursuant to the authority of 28 U.S.C. § 1746, I, Mark Anzelmo, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a currently serving as an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO").  I have held this position since June 2024.

2. Included in my official duties as an AFOD in Burlington, Massachusetts is the responsibility for assisting in and the managing of, monitoring, scheduling and execution of removal orders for aliens on the Alternatives to Detention program. ("ATD") I am familiar with ICE policies and procedures for placing individuals on ATD after removal

1

proceedings are initiated and I also am familiar with the creating of departure plans for aliens subject to final orders on the ATD program to effectuate removal orders.

3.  I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens.  These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

4.  In preparing this declaration, I have examined the official records available to me regarding Carlos Zapata-Rivera. ("Petitioner"). The Petitioner's case was assigned to a Deportation Officer in my office for whom I supervise.  I have also discussed this case internally with Officers within my office.

5.  Petitioner was placed on ATD program on or about February 17, 2026.

6.  On April 14, 2026, the Petitioner was removed from the ATD program, and his GPS monitor was removed.  The Petitioner is required to check in at one of the ERO kiosks located in the ERO lobby, once a year. This requirement is not part of the ATD program. His next check-in date is in April 2027.

7.  Petitioner does not have any restrictions on travel, residence, lawful work, nor is he subject to any curfew.

2

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 14th of April 2026.

MARK J ANZELMO
Digitally signed by MARK J ANZELMO
Date: 2026.04.15 10:33:29 -04'00'

Mark Anzelmo
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts