**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| CARLOS SEBASTIAN ZAPATA RIVERA, Petitioner, v. DAVID WESLING, *et al.*, Respondents. |

No. 4:26-cv-40061-MRG

**SUPPLEMENTAL DECLARATION**

Respondents respectfully submit the attached supplemental declaration from Mark Anzelmo, Assistant Field Office Director, U.S. Department of Homeland Security, filed herewith as *Exhibit 1*, to address the concerns raised in Petitioner's Status Report and Opposition to Further Discovery Extension (Doc. No. 35) ("Opposition").

In his Opposition, Petitioner asserts that dismissal of this Petition would leave him in an "untenable situation" because, in his view, there is "good reason to believe that the challenged conduct will be repeated." Doc. No. 35, p. 4. Petitioner asserts that he is at a "continuing and elevated risk of harm" and that there is "nothing stopping ICE from…re-imposing these exact same conditions…five minutes after this case is closed, or any time thereafter." *Id.* at 2.

The attached declaration makes clear that Immigration and Customs Enforcement will not place Petitioner on an Alternatives to Detention Program or place him on GPS monitoring in the future unless he 1) is arrested for or convicted of criminal conduct; 2) fails to report for one of his yearly check-ins; or 3) becomes subject to a final order removal. *See Exhibit 1*, ¶ 3. Accordingly, Petitioner is not at a "continuing and elevated risk of harm," as he alleges in his

Opposition, and Respondents have demonstrated that there is no likelihood that the challenged conduct will be repeated.

Dated: April 16, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on April 16, 2026.

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

2