**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

CARLOS ZAPATA-RIVERA,

               Petitioner,

    v.                                  Civil Action No. 4:26-cv-40061-MRG

DAVID WESLING et al..

               Respondent.

**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR MARK ANZELMO**

Pursuant to the authority of 28 U.S.C. § 1746, I, Mark Anzelmo, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a currently serving as an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO"). I have held this position since June 2024.

2. Included in my official duties as an AFOD in Burlington, Massachusetts is the responsibility for assisting in and the managing of, monitoring, scheduling and execution of removal orders for aliens on the Alternatives to Detention program. ("ATD") I am familiar with ICE policies and procedures for placing individuals on ATD after removal

1

proceedings are initiated and I also am familiar with the creating of departure plans for aliens subject to final orders on the ATD program to effectuate removal orders.

3.  I am filing this supplemental declaration to clarify that ERO Boston does not intend to place the Petitioner on the ATD program, or place him on a GPS in the future unless the Petitioner is arrested for, or convicted of criminal conduct, he fails to report for one of his yearly check-ins, or he becomes subject to a final order of removal.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 16th of April 2026.

MARK J ANZELMO   Digitally signed by MARK J ANZELMO
Date: 2026.04.16 11:26:31 -04'00'

_____

Mark Anzelmo
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts