**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| CARLOS SEBASTIAN ZAPATA RIVERA, <br><br> Petitioner, <br><br> v. <br><br> DAVID WESLING, *et al.*, <br><br> Respondents. |

No. 4:26-cv-40061-MRG

## <u>RESPONDENTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY</u>

Respondents respectfully request leave to file a reply to Petitioner's Memorandum of Law in Opposition to Respondents' Motion to Dismiss (Doc No. 43) by Thursday, May 7, 2026.  In support of this Motion, Respondents submit the following:

1.      In his Opposition, Petitioner argues, among other things, that the Petition is not moot because the voluntary cessation doctrine applies, because Respondents' conduct is capable of repetition yet evading review, and because Petitioner allegedly remains subject to collateral consequences of his custody.  Respondents seek to address these legal arguments in their reply.

2.      Respondents' reply will not exceed 10 pages.

3.      A hearing on this matter has not yet been scheduled.

4.      Petitioner assents to the relief requested herein.

WHEREFORE, Respondents respectfully seek leave to file a reply, not to exceed 10 pages, by May 7, 2026.

Dated: May 4, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that I conferred with counsel for Petitioner prior to filing this Motion. Petitioner assents to the relief requested herein.

Dated: May 4, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on May 4, 2026.

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney